UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | |
|---|---|
| Michael Bland, individually and as Personal Representative of the Estate of Bryon Joseph Bland, ) ) ) ) Plaintiff, ) ) vs. ) ) George L. Johnson, J. West, H. Johnson, T. Dewitt, Ofc. Donovan, Jade Pike, Michael Smith, Joseph Elliott, Shakema Young, Lcpl. Crawford, Tyler Wescott, Susan Stafford, Caleb Primm, Pete Forney, Kevin Adkins, Joey Johnson, Wayne Owens, ) ) ) ) ) ) ) ) ) Defendant. ) | CASE NO.: 1:20-cv-01981-BHH-SVH  CONSENT ORDER OF DISMISSAL |

The Defendants filed a Partial Motion To Dismiss on June 19, 2020 and June 24, 2020. In their Motions they requested that the Plaintiff's claims asserted under the Fourth and Eighth Amendments should be dismissed as well the individual Defendants Wayne Owens, Joey Johnson, Susan Safford, Kevin Adkins, Pete Forney, J. West and Caleb Primm. Thereafter, a Report and Recommendation was prepared and filed by Judge Shiva Hodges on 8/10/20. By and through a consent order counsel for the Plaintiff had until 8/31/20 to respond and/or object to the findings set out in the above-mentioned Report.

Therefore, in order to resolve this matter, the parties have agreed and/or consented to dismiss all claims within the Plaintiff's Complaint which were asserted pursuant to the Fourth and Eighth Amendments. The Plaintiff will proceed with all claims and causes of action pursuant to the Fourteenth Amendment. Additionally, the parties consent and agree to dismiss from the action

without prejudice the following defendants: Wayne Owens, Joey Johnson, Susan Safford, Kevin Adkins, Pete Forney, J. West and Caleb Primm. Further, this is the Order of the Court and no additional action is required by the Court or the Parties as to the motions referenced above.

    IT IS SO ORDERED.

    s/Bruce H. Hendricks
    Bruce H. Hendricks
    UNITED STATES DISTRICT JUDGE

September 1, 2020

WE CONSENT:

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| s/C. Carter Elliott, Jr. | s/Douglas C. Baxter |
| C. Carter Elliott, Jr. | Douglas C. Baxter |
| Attorney for the Plaintiff | Attorney for the Defendants George L. Johnson, J. West, H. Johnson and Michael Donovan |
| s/Gene M. Connell, Jr. | s/J.W. Nelson Chandler |
| Gene M. Connell, Jr. | J.W. Nelson Chandler |
| Attorney for the Plaintiff | Attorney for the Defendants Te'Mario Dewitt, Jade Pike, Michael Smith, Joseph Elliott, Shakema Young, Bruce Crawford, Tyler Wescott, Susan Stafford, Caleb Primm, Pete Forney, Kevin Adkins, Joey Johnson and Wayne Owens |