UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| ELOISE CALLOWAY, Individually and as MICHAEL BLAND, individually and as Personal Representative of the ESTATE OF BRYON JOSEPH BLAND,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GEORGE L. JOHNSON, H. JOHNSON, T. DEWITT, OFC. DONOVAN, JADE PIKE, MICHAEL SMITH, JOSEPH ELLIOTT, SHAKEMA YOUNG, LCPL. CRAWFORD, TYLER WESCOTT,<br><br>　　　　　Defendants. | C/A No.: 1:20-cv-01981-BHH-SVH<br><br><br><br>**STIPULATION OF DISMISSAL**<br>**(Does Not End Case)** |

　　　　Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the undersigned counsel, representing all parties who have appeared in this action to date, hereby stipulate and agree that: (A) the following two (2) Defendants shall be, and are hereby, dismissed *with prejudice*: (1) Ofc. Donovan, and (2) T. Dewitt; and (B) the parties shall update the caption to reflect the dismissal of these defendants;

SO STIPULATED this 28th day of October, 2021.

　　　　　　　　　　　　　　[*SIGNATURES ON NEXT PAGE*]

**WE SO STIPULATE:**

s/C. Carter Elliott, Jr.
C. Carter Elliott, Jr., Fed ID # 5423
Email:  carter@elliottphelanlaw.com
ELLIOTT, PHELAN & KUNZ, LLC
17 ½ Screven Street
Georgetown, SC 29442
Phone:  (843) 546-0650

*Attorneys for Plaintiff*

**WE SO STIPULATE:**

CHANDLER & DUDGEON LLC

s/J.W. Nelson Chandler
J.W. Nelson Chandler, Fed ID #7593
Email:  nelson@chandlerdudgeon.com
J. Matthew Johnson, Fed ID #11391
Email:  matt@chandlerdudgeon.com
P.O. Box 547
Charleston, SC 29402
Phone: (843) 577-5410
Fax: (843) 577-5650

*Attorneys for Defendants T. Dewitt, Jade Pike, Michael Smith, Joseph Elliott, Shakema Young, Lcpl. Crawford, and Tyler Wescott*

**WE CONSENT:**

RICHARDSON, PLOWDEN & ROBINSON, P.A.

s/Douglas C. Baxter
Douglas C. Baxter, Fed ID No. 4778
Email:  dbaxter@richardsonplowden.com
Shauna L. Gibson, Fed ID No. 13141
Email: sgibson@richardsonplowden.com
2103 Farlow Street
Myrtle Beach, SC 29577
Post Office Box 3646, Myrtle Beach, SC 29578
Phone: (843) 448-1008
Fax: (843) 448-1533

*Attorneys for Defendants George L. Johnson, H. Johnson, and Ofc. Donovan*