IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

Michael Bland, Individually and as
Personal Representative of the
Estate of Bryon Joseph Bland,

              Plaintiff,

    vs.

George L. Johnson, H. Johnson, T.
Dewitt, Ofc. Donovan, Jade Pike,
Michael Smith, Joseph Elliott,
Shakema Young, Lcpl. Crawford,
Tyler Wescott,,

              Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:20-1981-BHH-SVH

**ORDER OF DISMISSAL**

       The Court having been advised by counsel for the parties that the above action has been settled,

       IT IS ORDERED that this action is hereby dismissed without costs and without prejudice. If settlement is not consummated within sixty (60) days, either party may petition the Court to reopen this action and restore it to the calendar. Rule 60(b)(6), Fed.R.Civ.P. In the alternative, to the extent permitted by law, either party may within sixty (60) days petition the Court to enforce the settlement. Fairfax Countywide Citizens v. Fairfax County, 571 F.2d 1299 (4th Cir. 1978).

       IT IS SO ORDERED.

s/ Bruce Howe Hendricks
Bruce Howe Hendricks
UNITED STATES DISTRICT JUDGE

January 18, 2022
Charleston, South Carolina